IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAI JOHNSON, | No. C 02-4632 RMW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| JOHN H. HAVILAND, Warden, | |
| Respondent. | (Docket No. 27) |

Good cause appearing, respondent is hereby granted an extension of time, up to and including February 5, 2010, in which to file an answer to the petition for habeas corpus. Petitioner shall file any opposition or traverse within **thirty (30) days** of the filing date of respondent's response. If respondent files a dispositive motion, respondent shall file a reply to petitioner's opposition within **fifteen 15 days** from the date such opposition is filed. The court is mindful that, although recently re-opened, this action was originally filed over seven years ago in 2002. As a result, the court advises the parties that it is reluctant to grant any further extensions of time.

This order terminates docket no. 27.

DATED: 1/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\Hc.02\Johnson632.EOT.wpd