*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAI JOHNSON,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>WARDEN RUNNELS, et al.,<br><br>　　　　　　　　　Respondent. | Case No. C 02-4632 RMW (PR)<br><br>**[] ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO PETITION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 31-day enlargement of time, to and including March 8, 2010, in which to file a responsive pleading to the third amended petition for writ of habeas corpus is GRANTED. Petitioner shall file any opposition or traverse within **thirty (30) days** of the filing date of respondent's response. If respondent files a dispositive motion, respondent shall file a reply to petitioner's opposition within **fifteen 15 days** from the date such opposition is filed.

Dated: 3/23/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[ Order Granting Extension of Time (C 02-4632 RMW (PR))