*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAI JOHNSON,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**WARDEN RUNNELS, et al.,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 02-4632 RMW (PR)<br><br>[] ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 63-day enlargement of time, to and including November 29, 2010, in which to file a responsive pleading to the remaining claims in the third amended petition for writ of habeas corpus is GRANTED. Petitioner may within **thirty days** of the filing of an answer file a traverse. If respondent files a motion to dismiss, petitioner shall within **thirty days** file an opposition or statement of nonopposition. Respondent shall within **fifteen 15 days** of the filing of an opposition file a reply.

Dated: 11/30/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order Granting Enlargement of Time (C 02-4632 RMW (PR))