*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMAI JOHNSON,

        Petitioner,

  v.

JOHN W. HAVILAND, Warden,

        Respondent.

_____/

No. C 02-04632 RMW (PR)

ORDER GRANTING PETITIONER'S
APPLICATION FOR ENLARGEMENT
OF TIME TO FILE TRAVERSE

(Docket No. 40)

Good cause appearing, petitioner's application for enlargement of time in which to file a traverse is GRANTED.  Petitioner shall file a traverse **sixty (60) days** from the date that respondent's answer is filed.

This order terminates docket no. 40.

IT IS SO ORDERED.

DATED: <u>  11/30/10  </u>

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California