*E-FILED 6/5/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAI JOHNSON,**<br><br>   Petitioner,<br><br>   v.<br><br>**WARDEN RUNNELS, et al.,**<br><br>   Respondent. | Case No. C 02-4632 RMW (PR)<br><br>[] ORDER |

   GOOD CAUSE APPEARING, the time for respondent to "produce the full transcript of voir dire proceedings as well as any juror questionnaires of jurors who were questioned in the voir dire process" is extended to and including June 29, 2012.

Dated:  6/5/12 

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte

1

[] Order (C 02-4632 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

         Plaintiff,

  v.

RUNNELS,

         Defendant.

Case Number: CV02-04632 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamai Johnson P84615
California State Prison-Corcoran
P.O. Box 5248
Corcoran, CA 93212

Dated: June 5, 2012

         Richard W. Wieking, Clerk
         By: Jackie Lynn Garcia, Deputy Clerk