IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAI JOHNSON,** | Case No. C 02-4632 RMW (PR) |
| Petitioner, | [] **ORDER** |
| v. | |
| **WARDEN RUNNELS, et al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for respondent to "produce the full transcript of voir dire proceedings as well as any juror questionnaires of jurors who were questioned in the voir dire process" is extended to and including October 29, 2012.

Dated: _____

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte

1

[] Order (C 02-4632 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

        Plaintiff,

  v.

RUNNELS,

        Defendant.

Case Number: CV02-04632 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamai Johnson P84615  
California State Prison-Corcoran  
P.O. Box 5248  
Corcoran, CA 93212

Dated: September 24, 2012

                                    Richard W. Wieking, Clerk  
                                    By: Jackie Lynn Garcia, Deputy Clerk