IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAI JOHNSON, | No. C 02-04632 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL TRAVERSE |
| v. | |
| JOHN W. HAVILAND, Warden, | |
| Respondent. | (Docket Nos. 95, 98) |

Good cause appearing, petitioner's application for enlargement of time in which to file a supplemental traverse is **GRANTED**. Petitioner shall file a traverse **no later than March 21, 2013**.[1]

This order terminates docket no. 98.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

---

[1] Respondent filed an application for an extension of time to file a supplemental answer. (Doc. No. 95.) Respondent's motion is **GRANTED** and the supplemental answer filed December 21, 2012, (docket no. 97) is deemed timely.

Order Granting Petitioner's Application for Enlargement of Time to File Supplemental Traverse
P:\PRO-SE\SJ.Rmw\HC old\Hc.02\Johnson632.EOT-Supp-Traverse.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

        Plaintiff,

  v.

RUNNELS,

        Defendant.

Case Number: CV02-04632 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamai Johnson P84615
California State Prison-Corcoran
P.O. Box 5248
Corcoran, CA 93212

Dated: January 22, 2013

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk