**E-FILED on 7/1/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAI JOHNSON, | ) | No. C 02-4632 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| JOHN W. HAVILAND, Warden, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/1/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC old\Hc.02\Johnson632jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

          Plaintiff,

  v.

HAVILAND,

          Defendant.

Case Number: CV02-04632 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamai Johnson P84615
B2-15-5U
CSATF/ State Prison-Corcoran
P.O. Box 5248
Corcoran, CA 93212

Dated: July 1, 2013

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk