1

2                                                              ᴱⁱᴸᴱᴰ

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

JAMAI JOHNSON,                          )    No. C 02-4632 RMW (PR)
11                                      )
                Petitioner,             )    ORDER GRANTING MOTION FOR
12                                      )    EXTENSION OF TIME TO FILE NOTICE
      v.                                )    OF APPEAL
13                                      )
WARDEN JOHN W. HAVILAND,                )
14                                      )
                Respondent.             )
15                                      )    (Docket No. 110)
                                        )
16   _____)

17

18        Petitioner, a state prisoner proceeding pro se, filed a third amended petition for a writ of

19   habeas corpus under 28 U.S.C. § 2254.  On July 1, 2013, the court denied the petition and

20   entered judgment.  On July 22, 2013, petitioner filed an application for an extension of time to

21   file a notice of appeal.  Petitioner's motion is GRANTED.  Petitioner must file his notice of

22   appeal no later than fourteen days from the filing date of this order.  See Fed. R. App. P.

23   4(a)(5)(C).

24        IT IS SO ORDERED.

25   DATED: _____          *Ronald M. Whyte*
                                             _____
26                                           RONALD M. WHYTE
                                             United States District Judge
27

28

Order Granting Motion for Extension of Time to File Notice of Appeal
G:\PRO-SE\RMW\HC old\Hc.02\Johnson632eotnoa.wpd

*United States District Court*
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOHNSON,

                     Plaintiff,

  v.

HAVILAND,

                     Defendant.

_____/

Case Number: CV02-04632 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jamai Johnson P84615
B2-15-5U
CSATF/ State Prison-Corcoran
P.O. Box 5248
Corcoran, CA 93212


Dated: August 28, 2013

                                 Richard W. Wieking, Clerk
                                 By: Jackie Lynn Garcia, Deputy Clerk